# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Moises Orellana Peralta,

Petitioner,

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons, and David Easterwood,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01316-JMB-DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petition (Doc. No. 2) is GRANTED, as follows:

1. Respondents are ORDERED to release Petitioner Luis P. from custody immediately in Minnesota without conditions, and in any event on or before 4:00 p.m. CT on February 13, 2026. Respondents are further ordered to provide advance notice to Petitioner's Counsel of the time and location of the release.

2. On or before 11:00 a.m. CT on February 16, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 16, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation).

3. Luis P. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 2/13/2026

KATE M. FOGARTY, CLERK