# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Moises Orellana Peralta,

Petitioner(s),

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons, and David Easterwood,

Respondent(s),

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01316-JMB-DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Respondents shall pay $5,000 to Luis P.'s counsel within thirty days of the later of either the Court's entry of this Order or the restoration of appropriations to the Department of Homeland Security.

Date: 3/20/2026

KATE M. FOGARTY, CLERK